FILED
04/06/2022
Terry Halpin
CLERK
Yellowstone County District Court
STATE OF MONTANA
By: Robyn Schierholt
DV-56-2022-0000330-PI
Linneweber, Brett
1.00

Adam Warren
Keturah Shaules
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Adam.Warren@moultonbellingham.com
Keturah.Shaules@moultonbellingham.com

FILED
5/13/2022

Clerk, U.S. District Court
District of Montana
Billings Division

Attorneys for Plaintiff

## MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | |
|---|---|
| CYNTHIA BOYER<br><br>Plaintiff,<br><br>-vs-<br><br>TARGET CORPORATION, a Minnesota Corporation and JOHN DOES I-V<br><br>Defendants. | Cause No. DV DV-56-2022-0000330-PI<br><br>Judge Brett Linneweber<br><br>**COMPLAINT AND JURY DEMAND**<br><br>CV-22-46-BLG-SPW-KLD |

Plaintiff Cynthia Boyer ("Cindie" or "Plaintiff"), by and through her attorneys of record, alleges against Defendant Target Corporation ("Defendant" or "Target") the following:

### PARTIES, JURISDICTION, AND VENUE

1. Cindie is an individual residing in Yellowstone County, Montana.

2. Defendant is a Minnesota for profit corporation registered to do business in Montana, which operates multiple retail stores in Billings, Yellowstone County, Montana.

3. Defendant's John Does I-V, are persons, firms, or entities who may have had, at all times material to this Complaint, an ownership interest or safety management responsibilities for

the premises at Target where the incident identified herein occurred, or were persons, firms, or entities directly responsible for the incident identified herein.

4. This Court has personal jurisdiction over Defendant because Target is a foreign profit corporation registered to do business in Montana with multiple places of business in Yellowstone County, Montana.

5. Venue is proper in this County because the facts and circumstances that give rise to this suit occurred in Yellowstone County, Montana, and Defendant's actions giving rise to this lawsuit arose in Yellowstone County, Montana.

6. This Court has subject matter jurisdiction to hear this case because it arises under Montana law.

## FACTUAL ALLEGATIONS

7. At all times relevant hereto, Target was the owner and operator of Target, Billings Heights Store, located at 403 Main Street, Billings, Montana (herein referred to as the "Premises").

8. Target was obligated to safely manage the Premises and train its employees regarding the safety of patrons and guests at the Premises.

9. On or about July 24, 2021, Cindie was shopping at the Premises.

10. Cindie was an invited guest on Target's property, the Premises.

11. Cindie was crouched down in an aisle in order to view the products contained on the very bottom shelf and to consider which product to purchase. While Cindie was crouched down, a Target employee pushing a stocking cart down the aisle forcefully struck Cindie with the cart causing Cindie to fall to the ground with the stocking cart partially on top of her.

12. Cindie was hit by Target's employee with such force that the stocking cart ended up on top of her and her belongings were scattered down the aisle.

13. Target's employee forcefully hit Cindie with the stocking cart causing her to fall to the ground and resulting in significant personal injury to Cindie.

14. Cindie suffered significant injury as a direct and proximate result of Target's employee's negligence at the Premises.

## **COUNT ONE – NEGLIGENCE**

15. Plaintiff hereby incorporates by reference paragraphs 1-14, inclusive as if fully set forth herein.

16. At all times relevant to the facts of this Complaint, the employee that struck Cindie with the stocking cart was employed by and was an agent of Target.

17. On or about July 24, 2021, Defendant's employee was using a stocking cart to stock shelves at the Premises.

18. Defendant's employee negligently hit Cindie with the stocking cart with such force that it knocked Cindie to the ground and caused personal injuries to Cindie.

19. The acts and omissions of the Target employee were committed within the course and scope of the employee's employment with Target and were committed while on duty at the Premises.

20. The acts and omissions of the Target employee were the direct and proximate cause of Cindie's injuries and damages.

21. As a direct and proximate cause of Defendant's negligence, Cindie has incurred damages, including medical care and expenses, interruption and loss of a normal and established course of life, loss of enjoyment of life, pain and suffering, mental and emotional distress and lost wages.

## COUNT TWO – NEGLIGENT SUPERVISION/TRAINING

22. Plaintiff incorporates paragraphs 1-20 as though fully stated herein.

23. Target had a duty to supervise, oversee, and train its employee to ensure its employee operated the stocking cart with due regard for the right, safety, and position of others.

24. Target breached its duty by failing to supervise, oversee, and appropriately train its employee.

25. Target's negligent supervision and negligent training of its employee was a direct, proximate, and foreseeable cause of Cindie's injuries and damages.

26. As a direct and proximate cause of Defendant's negligence, Cindie has incurred damages, including medical care and expenses, interruption and loss of a normal and established course of life, loss of enjoyment of life, pain and suffering, mental and emotional distress, and lost wages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendant sufficient to fully compensate Plaintiff for all of her injuries, damages, and losses in an amount to be determined by the jury at the trial of this cause, for costs of suit, and for such other and further relief as the court may deep appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all the issues in this action.

**DATED** this 6th day of April, 2022.

                MOULTON BELLINGHAM PC

                By _____
                    ADAM WARREN
                    KETURAH SHAULES
                    27 North 27th Street, Suite 1900
                    P.O. Box 2559
                    Billings, Montana 59103-2559

                    ATTORNEYS FOR PLAINTIFF