IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CYNTHIA BOYER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>　　　　　Defendant. | CV 22-46-BLG-SPW-KLD<br><br>ORDER OF RECUSAL |

　　　I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

　　　DATED this 16th day of May, 2022.

　　　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge