IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CYNTHIA BOYER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION a Minnesota Corporation and JOHN DOES 1-V,<br><br>　　　　　Defendants. | CV 22-46-BLG-SPW-TJC<br><br>ORDER |

Upon the Stipulation for Dismissal with Prejudice (Doc. 28) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 20th day of January, 2023.

/s/ Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1